UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   5:25–cv–00464–MWF–DTB          Date          February 25, 2026

Title      FIORELLA GARCIA V. COSTCO WHOLESALE CORPORATION ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                              Not Reported;
       Courtroom Deputy                            Court Reporter

   Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
            None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 2/19/26, the Court sets a hearing on Order To Show Cause Re Dismissal for June 1, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                    Initials of Clerk:  rs