JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FIORELLA GARCIA,

　　　　　Plaintiff,

　　v.

COSTCO WHOLESALE CORPORATION, et al.,

　　　　　Defendants.

Case No. EDCV 25-464-MWF(DTBx)

**ORDER GRANTING STIPULATION OF DISMISSAL**

　　　　The Court has considered the parties' Stipulation of Dismissal (the "Stipulation"). (Docket No. 24). For good cause shown, the Stipulation is GRANTED.

　　　　IT IS ORDERED THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is hereby DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

　　　　The parties further agreed that the Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' Settlement Agreement.

　　　　IT IS SO ORDERED.

Dated: June 10, 2026

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

MICHAEL W. FITZGERALD
United States District Judge

1

ORDER GRANTING STIPULATION OF DISMISSAL